Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Todd Blanche, in his official capacity as U.S. Attorney General

was received by me on *(date)* June 9, 2026 .

❒ I personally served the summons on the individual at *(place)* ____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* *Via Certified Mail # 9489009000276823628458* , who is designated by law to accept service of process on behalf of *(name of organization)* USA on *(date)* 06/22/2026 ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/22/2026

*Server's signature*

Izabela E Szczesiak - Legal Assistant

*Printed name and title*

485 Lexington Ave., New York, NY 10017

*Server's address*

Additional information regarding attempted service, etc:

ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**9489009000276823628458**

Copy Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:30 am on June 22, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
June 22, 2026 4:30 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Return Receipt Electronic**

**USPS Tracking Plus®**

**Product Information**

**See Less**

**From:** USADC-ServiceCivil
**To:** Vincent C. Lesch; USADC-ServiceCivil
**Cc:** Izabela Szczesiak; Jillian Gentile
**Subject:** RE: Han v. American Airlines, Inc., et al., 26-cv-02010
**Date:** Wednesday, June 10, 2026 10:26:44 AM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

Your submission has been received by email on June 9, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Vincent C. Lesch <VLesch@kreindler.com>
**Sent:** Tuesday, June 9, 2026 9:55 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Izabela Szczesiak <ISzczesiak@kreindler.com>; Jillian Gentile <jgentile@kreindler.com>
**Subject:** [EXTERNAL] Han v. American Airlines, Inc., et al., 26-cv-02010

To whom it may concern:

Please see the attached summons and complaint filed against the United States of America in the matter of Han v. American Airlines, Inc., et al., 26-cv-02010.

Kind regards,

**Vincent C. Lesch**
Partner

KREINDLER LLP

**Kreindler & Kreindler LLP**
485 Lexington Ave
New York, NY 10017

T: 212.973.3482 ? E-mail: VLesch@kreindler.com
F: 212.972.9432 ? Web: www.kreindler.com

Please consider the environment before printing this e-mail.